BECERRA, AKA GARAY, AKA GARAY-RAMIREZ v. UNITED STATES (87 Fed. Appx. 423); BARRAZA-PEREZ v. UNITED STATES (87 Fed. Appx. 967); and LOEZA-CASTANEDA v. UNITED STATES (82 Fed. Appx. 929). C. A. 5th Cir. Certiorari denied.

No. 03–9297. ERVIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9298. EDMONDSON, AKA MOORER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9299. KIRBY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9300. MARTINEZ-HERNANDEZ, AKA CAMPOS-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9319. ALTAMIRANO-VARGAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–918. CHEVY CHASE BANK, F. S. B., ET AL. v. WELLS ET AL. Ct. App. Md. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–8848. AVILES v. COLORADO. Ct. App. Colo. Motion of petitioner to consolidate case with No. 03–407, *Kowalski, Judge, 26th Judicial Circuit Court of Michigan, et al.* v. *Tesmer et al.* [certiorari granted, 540 U. S. 1148], denied. Certiorari denied.